UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Case No. 25-MJ-234 (ZMF) |
| : | |
| v. : | |
| : | |
| **STEVEN WALKER,** : | |
| : | |
| **Defendant.** : | |
| : | |

### JOINT MOTION TO CONTINUE STATUS HEARING IN THIS MATTER

The United States of America, by and through its attorneys, the United States Attorney for the District of Columbia, and counsel for the defendant, Michael E. Lawlor, Esq., respectfully request that this Court continue the upcoming status hearing of this matter for approximately thirty (30) days, or whatever date is consistent with the Court's and parties' schedules. In support of this Joint Motion, the parties note the following points, and any other points and authorities as may be raised any hearing on this matter:

1) The Court previously set the Status Hearing date for February 10, 2026.

2) Currently, the government has submitted to counsel for the defendant a proposed Plea Agreement and Statement of Offense for a non-trial disposition for the defendant's review. Therefore, counsel for the defendant will need some time to review the necessary plea paperwork with the defendant.

3) Accordingly, the parties respectfully ask this Court to continue the upcoming Status Hearing for approximately thirty (30) days, or whatever date is consistent with the Court's and parties' schedules.

4) Undersigned counsel for the government has contacted counsel for the defendant,

Michael E. Lawlor, Esq., and confirmed that he joins in the instant request.

5) Moreover, the defendant agrees that the Speedy Trial Clock, pursuant to the Speedy Trial Act 18 U.S. Code § 3161, is hereby tolled until the next hearing in this matter.

## CONCLUSION

WHEREFORE, for all of the foregoing reasons stated in the Joint Motion, the parties respectfully request that this Court grant the instant request and to continue the Status Hearing for approximately thirty (30) days, or whatever date is consistent with the Court's and parties' schedules.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/Emory V. Cole*
EMORY V. COLE
PA. Bar No. 49136
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7692
Emory.Cole@usdoj.gov